**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **PLANET HOME LENDING, LLC,** | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 25-00206-KD-MU** |
| | ) | |
| **VINCENT L. REESE, JR.,** *et al*, | ) | |
|     **Defendants.** | ) | |

## <u>ORDER</u>

Upon *sua sponte* review of the docket, the Court found that the 90-day period in Rule 4(m) of the Federal Rules of Civil Procedure had ended and that Plaintiff Planet Home Lending LLC had not filed a proof of service as to Defendants Vincent L. Reese, the United States of America through its Officer, the Secretary of Housing and Urban Development, and the Magnolia Springs Community Association, Inc. (doc. 10). The Court gave Planet Home notice that this action would be dismissed without prejudice unless it filed proof of service or showed good cause for its failure to serve the Defendants such that the Court must grant an extension of the Rule 4(m) deadline (Id.).

To date, Planet Home has not filed a proof of service or made a showing of good cause. Accordingly, this **action** is **dismissed without prejudice** for failure to prosecute and failure to comply with the Court's Orders. <u>Goforth v. Owens,</u> 766 F.2d 1533, 1535 (11th Cir. 1985) ("The court's power to dismiss is an inherent aspect of its authority to enforce its orders and insure prompt disposition of lawsuits."); S.D. Ala. Civ. LR 41(a) ("Whenever the Plaintiff has not completed service of process within the time required by Fed. R. Civ. P. 4(m), and the Defendant has not waived service under Fed. R. Civ. P. 4(d), the Court upon notice may dismiss the action in accordance with Fed. R. Civ. P. 4(m).").

DONE and ORDERED this 1st day of December 2025.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE
